**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 450 WAL 2019
               :
    Respondent       :
               : Petition for Allowance of Appeal
               : from the Order of the Superior Court
    v.           :
               :
               :
WAYLYNN MARIE HOWARD,    :
               :
    Petitioner        :

## ORDER

**PER CURIAM**

  **AND NOW**, this 11th day of May, 2020, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner, is:

  Was the evidence insufficient to establish, beyond a reasonable doubt, that
  [Petitioner] knowingly endangered the welfare of her daughter when she put
  her in the backseat of a car-for-hire without a seatbelt or restraint system,
  and there was no indicia that the driver was driving unsafely?